IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DSB OAKGLEN, LP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:16-cv-02-FHS |
| SCOTTSDALE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned attorneys of record, hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for dismissal of this action, with prejudice, in its entirety. Each party shall bear its own costs and attorney fees.

Dated this 11th day of November, 2016.

Respectfully submitted,

*s/R. Thompson Cooper*
R. Thompson Cooper, OBA No. 15746
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   (405) 606-3333
Facsimile:   (405) 606-3334
E-mail:   tom@pclaw.org
**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY**

*s/J. Drew Houghton*
J. Drew Houghton, OBA No. 18080
FOSHEE & YAFFE
Post Office Box 890420
Oklahoma City, Oklahoma 73189
12231 S May Avenue
Oklahoma City, OK 73170
Telephone:	405-232-8080
Facsimile:	405-601-1103
Email:  dhoughton@fosheeyaffe.com

AND


Phillip N. Sanov, OBA No. 17635959TX
MERLIN LAW GROUP
Three Riverway, Suite 701
Houston, Texas 77056
Email: psanov@merlinlawgroup.com
Telephone:	713-626-8880
Facsimile:	713-626-8881
**ATTORNEYS FOR PLAINTIFF**